IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TERESA LYNN BLY | ) |
| | ) Case No. 3:24-cv-00957 |
| v. | ) |
| | ) |
| LELAND DUDEK, *Acting Commissioner of* | ) |
| *Social Security Administration*[1] | ) |

## AMENDED ORDER AND FINAL JUDGMENT[2]

This case is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for disability insurance benefits and supplemental security income. (Docket No. 15.) The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit. (Docket No. 9.) The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, finds as follows:

For the reasons set forth in the Court's memorandum opinion (Docket No. 22), the Court finds that the decision of the Commissioner of Social Security is not supported by substantial evidence. The decision is therefore **REVERSED** and Plaintiff's motion for judgment on the administrative record (Docket No. 15) is **GRANTED**. This matter is **REMANDED** to the Social

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 17, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted for Martin O'Malley (who served as Acting Commissioner from December 20, 2023 to November 29, 2024) as the defendant.

[2] This Amended Order and Judgment includes the remand direction, which was inadvertently omitted from the original Order and Judgment. (Docket No. 23.)

Security Administration for further administrative proceedings consistent with the memorandum opinion (Docket No. 22).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

2

Case 3:24-cv-00957   Document 25   Filed 05/07/25   Page 2 of 2 PageID #: 712